**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MICHAEL STONE,                             ) | |
|                                            ) | |
|     *Plaintiff*,       ) | |
|                                            ) | |
|     v.                 ) | |
|                                            ) | |
| EXPERIAN INFORMATION                       ) | CASE NO. 4:26-CV-00059 |
| SOLUTIONS, INC.; EQUIFAX                   ) | |
| INFORMATION SERVICES, LLC;                 ) | |
| TRANS UNION, LLC; and INNOVIS              ) | |
| DATA SOLUTIONS, INC.,                      ) | |
|                                            ) | |
|     *Defendants*.      | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Ashley Plunk as counsel for Experian in this action and in support states as follows:

1. On April 21, 2026, Ashley Plunk of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On May 21, 2026, Fatmeh Basma and Jeffrey Olmsted, of the law firm Goodwin Procter LLP, Venable LLP entered an appearance in this matter.  Their contact information is as follows:  Fatmeh Basma, 1900 N. Street, NW, Washington, DC 20036, 202-346-4528, FBasma@goodwinlaw.com; Jeffrey Olmsted, 100 Northern Avenue, Boston, MA 02210, 617-570-1614, JOlmsted@goodwinlaw.com

3. Goodwin Procter LLP will represent Experian in this matter going forward.  Accordingly, the withdrawal of Ashley Plunk will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order withdrawing Ashley Plunk as counsel for Experian in this matter.

Dated: June 1, 2026                                    Respectfully submitted,


                                                       */s/Ashley Plunk*
                                                       _____

                                                       JONES DAY
                                                       Ashley Plunk
                                                       717 Texas, Suite 3300
                                                       Houston, TX 77002
                                                       Telephone:    832-239-3981
                                                       Email: aplunk@jonesday.com

                                                       *Attorney for Defendant*
                                                       *Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

<u>/s/Ashley Plunk</u>
Ashley Plunk

*Attorney for Defendant*
*Experian Information Solutions, Inc.*