**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

MICHAEL STONE

CIVIL ACTION NO: 4:26-cv-00059

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.

Defendants.

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Plaintiff hereby gives notice to this Court that they served Initial Disclosures upon all counsel of record in this matter on June 1, 2026.

Dated: June 1, 2026

Respectfully Submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Ste. B
Baton Rouge, LA 70809
jraburn@raburnkaufman.com
Telephone: (225)-412-2777
Fax: (225) 686-5264

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I filed Plaintiff's Notice of Service of Initial Disclosures with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/Jonathan Raburn
>Jonathan Raburn
>ATTORNEY FOR PLAINTIFF