**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

---

MICHAEL STONE,

      Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and INNOVIS DATA
SOLUTIONS, INC.,

      Defendants

Case No. 4:26-cv-00059

---

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Defendant Experian Information Solutions, Inc. ("Experian") hereby gives notice to this

Court that it served Initial Disclosures upon all counsel of record in this matter on June 1, 2026.

Dated: June 1, 2026

Respectfully submitted,

*/s/ Fatmeh Basma*
Fatmeh Basma (PHV)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, D.C. 20036
Tel.: 202-346-4528
Email: fbasma@goodwinlaw.com

*Attorney for Defendant Experian
Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2026, I filed Defendant Experian's Notice of Service of Initial Disclosures with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Fatmeh Basma*
Fatmeh Basma

*Attorney for Defendant Experian Information Solutions, Inc.*