**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| MICHAEL STONE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. 4:26-CV-00059 |
| SOLUTIONS, INC.; EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; | ) | |
| TRANS UNION, LLC; AND INNOVIS | ) | |
| DATA SOLUTIONS, INC., | ) | |
| | ) | |
| *Defendants.* | | |

## ORDER GRANTING MOTION TO WITHDRAW

The Court, having reviewed Ashley Plunk's Motion to Withdraw as Counsel (Dkt. #18),

and having been fully advised of the same, hereby **GRANTS** the Motion.

Ashley Plunk is hereby withdrawn from the above-captioned matter.  The Clerk of Court

is directed to remove Ashley Plunk as counsel of record.  Jeffrey Olmsted of Goodwin Procter

LLP shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

**SIGNED this 8th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

.