# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL STONE | § | |
| | § | |
| V. | § | CIVIL ACTION NO.  4:26cv59 |
| | § | JUDGE MAZZANT |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., EQUIFAX | § | |
| INFORMATION SERVICES, LLC, | § | |
| TRANS UNION, LLC and INNOVIS | § | |
| DATA SOLUTIONS, INC. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan.  The mediator assigned is Wm. Charles Bundren, Bundren Law Group, PLLC, 2591 Dallas Parkway, Suite 300, Frisco, Texas  75034, Telephone (214) 808-3555, charles@bundrenlaw.net.

The mediation conference shall be conducted by **December 31, 2026.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

**SIGNED this 29th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE